## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**THYRON CAUGHLIN**                                                    **PLAINTIFF**

**V.**                                      **CIVIL ACTION NO. 1:25-CV-00354-BWR**

**GREAT WEST CASUALTY COMPANY**                          **DEFENDANT**

### FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order issued this day, final judgment in favor of Defendant is hereby entered pursuant to Rule 58 of the Federal Rules of Civil Procedure. All Plaintiff's claims against Defendant are dismissed with prejudice.

**SO ORDERED**, this the 17th day of April, 2026.

_s/ Bradley W. Rath_
HONORABLE BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE